IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. CROIX

| | | |
|---|---|---|
| **J. JEANNETTE LOVERN, PHD.** | : | CIVIL ACTION |
| | : | |
| v. | : | NO. 08-0082 |
| | : | |
| **CYNTHIA JACKSON,** *et al.* | : | |

ORDER

**AND NOW**, this 3rd day of February, 2015, upon consideration of the Defendants Al Hassan Musah's and the University of the Virgin Islands' Motion for Summary Judgment (Document No. 98) and the plaintiff's response, it is **ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** as follows:

1. The motion as to Counts I, II, IV, V and VI of the complaint is **DENIED**;

2. The motion as to Counts III and VII of the complaint is **GRANTED**; and

3. Judgment will be entered at the conclusion of the action.

                                                         /s/ Timothy J. Savage
                                                         TIMOTHY J. SAVAGE,  J.